Attorney ID AB2814
A. Michael Barker, Esquire
Barker, Gelfand, James & Sarvas
A Professional Corporation
Linwood Greene - Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
ambarker@barkerlawfirm.net
Our File Number: 46640-47
Attorney for Defendants, City of Millville, Jody Farabella (Chief of Police)

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY - CAMDEN**

| | |
|---|---|
| BARRY COTTMAN,<br><br>Plaintiff<br><br>v.<br><br>JODY FARABELLA, MILLVILLE CHIEF OF POLICE, POLICE OFFICER JOSEPH DIXON 172, POLICE OFFICERS ROBERT RUNKLE 160, AND THE CITY OF MILLVILLE, NEW JERSEY<br><br>Defendants. | Civil Action<br>Number 19-CV-14122 (NLH/AMD) |

**NOTICE OF APPEAL ON BEHALF OF DEFENDANT JODY FARABELLA**

Notice is hereby given that Defendant JODY FARABELLA, hereby appeals to the United States Court of Appeals for the Third Circuit from the June 28, 2021 order and opinion denying DEFENDANT FARABELLA the defense of Qualified Immunity; and, from the March 31, 2022 order and opinion denying the Motion for Reconsideration of the denial of the defense of Qualified Immunity as to DEFENDANT FARABELLA.

"[A]n order rejecting the defense of qualified immunity at either the dismissal stage *or* the summary judgment stage is a 'final' judgment subject to immediate appeal." Behrens v. Pelletier, 516 U.S. 299, 307 (1996), *citing*, Mitchell v. Forsyth, 472 U.S. 511

(1985). *See also*, <u>Africa v. City of Phila. (In re City of Phila. Litig.)</u>, 49 F.3d 945, 956-57 (3d Cir. 1995).

                                        Respectfully submitted,

                                     By: _____
                                         A. Michael Barker, Esquire