A. Michael Barker, Esquire
Attorney ID#009511976
**BARKER, GELFAND, JAMES & SARVAS**
**A PROFESSIONAL CORPORATION**
Linwood Greene, Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
AMBarker@BarkerLawFirm.net
Our File Number: 47620-181
Attorney for Defendants, Jody Farabella and City of Millville

| | |
|---|---|
| BARRY COTTMAN,<br><br>    Plaintiff,<br><br>v.<br><br>JODY FARABELLA, MILLVILLE CHIEF OF POLICE, P.O JOSEPH DIXON 172, P.O ROBERT RUNKLE 160, AND THE CITY OF MILLVILLE,<br><br>    Defendants. | **IN THE UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY - CAMDEN**<br><br>Civil Action Number<br>19-CV-14122 (NLH/AMD)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed that the Complaint of the Plaintiff, Barry Cottman, is voluntarily dismissed with prejudice against, Defendants, Jody Farabella, Joseph Dixon, Robert Runkle and City of Millville, without attorney's fees or costs.

By: _/s/ Justin T. Loughry_    By: _/s/ A. Michael Barker, Esq_
 Justin T. Loughry, Esquire      A. Michael Barker, Esquire
 *Attorney for Plaintiff*        *Attorney for Defendants Jody*
                  *Farabella and City of Millville*

By: _/s/Thomas B. Reynolds, Esq_
 Tom Reynolds, Esquire
 *Attorney for Defendant Joseph Dixon and Robert Runkle*

Dated: _09/28/2023_